NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: LAWRENCE A. ELLIS,**
*Appellant*

---

2016-2372

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 12/567,063.

---

**JUDGMENT**

---

MICHAEL LAWRENCE OLIVERIO, Polsinelli PC, Boston, MA, argued for appellant.

PHILIP J. WARRICK, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, MONICA BARNES LATEEF.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| December 13, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |